**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00130-CV

**KELLEY|WITHERSPOON, LLP, ET AL., Appellants**
**V.**

**ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

We **GRANT** appellants' May 19, 2014 second motion for an extension of time to file a

brief. Appellants shall file their brief on or before **June 18, 2014**. We caution appellants that no

further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
       JUSTICE